**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01610-CV

### SHENITRA WILLIAMS, INDIVIDUALLY,
### AND AS NEXT FRIEND OF R.W., III, A MINOR, Appellant

### V.

### ADVENTURE HOLDINGS, L.L.C., D/B/A AMAZING JAKES, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03596-2011**

## ORDER

Before the Court is appellee Adventure Holdings, L.L.C., d/b/a Amazing Jakes's April 3, 2013 motion to dismiss the appeal, which was included in its brief.

The Court **DENIES** appellee Adventure Holdings, L.L.C., d/b/a Amazing Jakes's April 3, 2013 motion to dismiss the appeal.

/s/     DOUGLAS S. LANG
        JUSTICE